16 - 9 4 0 BPG        16 - 9 4 1 BPG

AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT     16 - 9 4 2 PG

16 - 9 4 3 BPG

I.  **Purpose of the Affidavit**

FILED ___ ENTERED
LOGGED ___ RECEIVED

APR 1 1 2016

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

1. This affidavit is submitted in support of a criminal complaint charging HECTOR M. HERNANDEZ-VILLAPANDO, ENIXAE HERNANDEZ-BARBA, HECTOR L. HERNANDEZ-BARBA, and WILLIAM FREDERICK CORNISH with conspiracy to possess with the intent to distribute five kilograms (5000 grams) or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. Sections 846 and 841. The maximum penalty for this offense is life imprisonment, a fine of $10,000,000, and five years of supervised release. A mandatory minimum sentence of ten years is also applicable to this offense.

II.  **TRAINING, EXPERIENCE and EXPERTISE**

2. I, DEA Special Agent Ronald Sparrow, am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), that is an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in 18 U.S.C. § 2516.

3. I was formerly a member of the St. Petersburg, Florida, Police Department (SPPD) from November 2008 to March 2015. After approximately one year as a patrol officer, I was assigned to the Street Crimes Unit (SCU) which focused on street-level

narcotic dealers, stolen vehicles, in-progress robberies and burglaries, and tracking violent offenders while utilizing undercover and covert surveillance techniques. While a member of the SCU I received additional training on surveillance techniques and narcotic search warrant procedures. I then served for approximately two years as a Detective in the Vice and Narcotics division at SPPD, where I focused on long-term narcotic investigations, undercover purchases of narcotics, narcotic search warrants, Title III wiretaps, tracker installation, narcotic surveillance operations, reverse operations, and buy-bust operations.

4. As part of my law enforcement training, I have successfully completed the four-month DEA Basic Agent Training course in Quantico, Virginia, where I received instruction in federal criminal law, investigative techniques, firearms training, narcotic recognition and investigation, surveillance techniques, interview and interrogations, courtroom preparation and testimony, report writing, and DEA policy. I successfully completed this training in August 2015.

5. In 2009, I successfully completed the four-month St. Petersburg Police Department Academy in St. Petersburg, Florida. There, I received training in community policing, defensive tactics, firearms, courtroom testimony, investigative skills, interview techniques, and drug recognition, packaging, and distribution.

6. In January 2011, I successfully completed the one-week Multi-Jurisdictional Counter-Drug Task Force Training, held at Camp Blanding, Starke, Florida. The training focused on building clearing, high-liability narcotic search warrants, defensive tactics, and undercover narcotic detective extraction. This is an advanced

training course for officers and detectives involved in undercover narcotic investigations and operations, high-liability narcotic search warrants, and undercover extractions during hostile encounters.

7. In June 2013, I successfully completed the one-week Dangerous Narcotics Course offered by the Regional Counterdrug Training Academy, Meridian, Mississippi. This training focused on planning and execution of undercover narcotic operations, undercover extraction from vehicles and buildings, and high-liability narcotic warrants.

8. While serving as a police officer and a DEA agent, I have personally made and participated in numerous arrests involving controlled substance violations, felony and misdemeanor theft investigations, vehicle thefts, assaults, domestic violence, fraud offenses, firearm offenses, and fugitive arrests. I have participated in the writing and execution of numerous searches and seizure warrants regarding controlled substance and firearm violations.

9. I have interviewed many drug traffickers and learned from those interviews the various means and methods of traffickers. I have made and assisted in seizures of large amounts of heroin, cocaine, marijuana and various other controlled substances. I have participated in the execution of numerous search and seizure warrants, which have resulted in the seizure of large amounts of controlled substances and have led to the arrests of numerous persons for violations of the controlled substances laws. I have testified in drug prosecutions in the circuit courts of the State of Florida.

10. I know based on my training and experience that drug traffickers commonly utilize vehicles to pick up, transport, and deliver drugs; to meet with drug

customers, sources and co-conspirators; to transport drugs and drug proceeds to "stash" locations; and to transport money to suppliers or third-parties to pay for drugs. Sometimes, such vehicles are specially modified to allow the transportation of drugs or cash in hidden compartments.

### III. Probable Cause

11. In August 2015, DEA Baltimore received information from DEA Los Angeles regarding a group of individuals which was trafficking large amounts of cocaine into Maryland and utilizing a warehouse located at 7110 Golden Ring Road, Baltimore. However, by July 31, 2015, the business operating from premises at 7110 Golden Ring Road, known as KMKJ Trucking LLC, had been evicted. Over the course of the next six months, investigators identified **Hector M. HERNANDEZ-VILLAPANDO, Enixae HERNANDEZ-BARBA, and Hector L. HERNANDEZ-BARBA** as individuals believed to have been frequenting the 7110 Golden Ring Road warehouse. Investigators later identified 717 Hammonds Ferry Road, Unit L, Linthicum Heights, Maryland, as the location of the new warehouse utilized by the individuals referenced above.

12. On April 6, 2016, at approximately 10:42 am, a tractor trailer with the "KMKJ" logo arrived at the warehouse located at 717 Hammonds Ferry Road, Linthicum Heights, MD. The tractor was observed backing in to the rear bay door of Unit L of 717 Hammonds Ferry Road. Investigators observed the movement of objects from the trailer into the warehouse, and it appeared as if items were being removed from the tractor trailer and placed in the warehouse. At approximately 11:23 am, a white 2004 Ford Van, previously observed being utilized by **Hector M. HERNANDEZ-VILLAPANDO, Enixae HERNANDEZ-BARBA, and Hector L. HERNANDEZ-BARBA,** arrived at the

warehouse. The van was observed traveling around the parking lot and warehouse building and the two occupants appeared to the agents to be conducting counter-surveillance of the area. The two Hispanic males, **Enixae HERNANDEZ-BARBA** and **Hector L. HERNANDEZ-BARBA**, got out of the Ford Van and entered Unit L through the front door of the warehouse. At approximately 1:30 pm, both **Enixae HERNANDEZ-BARBA** and **Hector L. HERNANDEZ-BARBA** left Unit L empty-handed, and re-entered the white Ford Van. The van then travelled back to 106 John Avenue, Linthicum Heights, MD, which investigators believe to be the residence of **Enixae HERNANDEZ-BARBA**.

13. Investigators maintained 24-hour surveillance of the warehouse located at 717 Hammonds Ferry Road, Linthicum Heights, MD. Based on my experience, I know that drug traffickers often wait several days after a delivery of drugs occurs before they attempt to access the drugs. This is done to determine if the delivery vehicle was followed by law enforcement, to allow for counter-surveillance by the drug traffickers, and to decide when it is safe to access the drugs.

14. On April 8, 2016, at approximately 4:51 p.m., a black colored Honda with Maryland tag 68805CF, arrived at the warehouse and dropped off a Hispanic male wearing a red sweatshirt, later identified as **Hector L. HERNANDEZ-BARBA**. **Hector L. HERNANDEZ-BARBA** entered Unit L utilizing the rear door of the warehouse. The black Honda was then observed leaving the parking lot. At approximately 6:03 p.m., the black Honda returned to the warehouse with additional two Hispanic males. The Hispanic males were later identified as **Hector M. HERNANDEZ-VILLAPANDO** and **Enixae HERNANDEZ-BARBA**. **Hector M. HERNANDEZ-VILLAPANDO** and **Enixae**

**HERNANDEZ-BARBA** entered Unit L through the rear door of the business. At approximately 6:21 p.m., **Enixae HERNANDEZ-BARBA** left the warehouse and entered the black Honda. The vehicle was observed leaving the parking lot. Investigators observed the black Honda driving around the parking lot and surrounding area of the warehouse and he appeared to investigators to be conducting counter-surveillance to determine if law enforcement officers were in the area.

15. At approximately 6:30 p.m., the Honda left the parking lot of the warehouse. At that time, investigators observed a silver-colored Ford F-150, with Maryland tag 6CG4330, leave the lot and it followed the black Honda east-bound on Nursery Road. The vehicles were observed next to each other on Raynor Avenue, just east of the warehouse. The occupants of the vehicles (the black Honda and the silver F-150) appeared to be engaged in conversation while in the middle of the roadway. Both vehicles then traveled back to the warehouse. The black Honda parked in the lot and the **Enixae HERNANDEZ-BARBA** got out of the vehicle and entered the warehouse. The Ford F-150 traveled to the parking lot in the front of 717 Hammonds Ferry Road and stopped in front of the main bay door of Unit L. The bay door to Unit L was raised and the Ford F-150 drove into the warehouse and the loading bay door was closed. A short time later, the bay door re-opened and the Ford F-150 drove out of the warehouse.

16. Investigators made contact with the Ford F-150 as it left the warehouse area and stopped the vehicle. At that time, the driver, **William Frederick CORNISH**, was asked to get out of the vehicle and was detained by investigators. Investigators then observed **Hector M. HERNANDEZ-VILLAPANDO, Hector L. HERNANDEZ-BARBA,** and **Enixae HERNANDEZ-BARBA** leaving Unit L through the front door.

At that time, investigators made contact with these individuals and they were also detained. **Hector M. HERNANDEZ-VILLAPANDO** was found to be in possession of a set of keys to Unit L of the warehouse.

17. Within minutes of stopping **CORNISH**, a drug detection dog was utilized to scan the exterior of the Ford F-150 for the presence of illegal narcotics. The Maryland State Police handler and her dog "Akita", a certified drug detection dog, conducted the scan. The narcotics detection dog "Akita," is trained to alert to the odor of controlled substances. These substances include: marijuana, cocaine, methamphetamine, heroin, and MDMA. Narcotics detection dog "Akita" maintains up-to-date certifications. The scan by "Akita" resulted in a positive response by the dog on the F-150 for the presence of illegal drugs.

18. Investigators then entered the Ford F-150 and found a large cardboard box in the back seat of the truck. The cardboard box contained 31 brick shaped packages of suspected narcotics. Three of the brick-shaped packages were field-tested using approved technologies, and packages tested positive for the presence of cocaine. The 31 kilograms of cocaine have a wholesale value in Baltimore of approximately $1,000,000 dollars.

19. The driver of the vehicle, William Frederick **CORNISH**, was identified through his Maryland Driver's License. The address on the license revealed that **CORNISH** resided at 3039 Cascade Drive, Abingdon, Maryland 21009. Located inside the truck were documents with William Cornish's name and address, 3039 Cascade Drive, Abingdon, Maryland 21009.

20. On April 8, 2016, investigators obtained search and seizure warrants from

a District Court Judge for Anne Arundel County, for the following locations:

1. 717 Hammonds Ferry Road, Unit L, Linthicum Heights, MD (warehouse)
2. 106 John Avenue, Linthicum Heights, MD (residence of **Enixae HERNANDEZ-BARBA**)
3. 1403 Pangbourne Way, Hanover, Maryland (residence of **Hector HERNANDEZ-VILLAPANDO**)
4. 3039 Cascade Drive, Abingdon, Maryland (residence of **William CORNISH**)

21. A subsequent search of 717 Hammonds Ferry Road, Unit L, Linthicum Heights, MD revealed 2 empty suitcases, two empty duffle bags, and a plastic bin containing additional four empty duffle bags. Investigators observed that there was nothing inside of the warehouse that would indicate that the premises were being utilized for any legitimate or operating business. Investigators observed that there were cloth gloves, several rolls of scotch packaging tape, and several rolls of Blue Hawk stretch wrap. Investigators also observed a black bag which contained among other things, bundles of plastic stretch wrap which is consistent with the material used to wrap pallets containing goods for shipping. Your affiant believes the presence of these items inside Unit L is consistent with materials used to covertly transport illegal drugs. Investigators also located a forklift inside of the warehouse. Investigators observed that there was a box located inside the warehouse with a FedEx label bearing an address of 10326 Hickory Ridge Road, Apartment 624, Columbia, MD. This is an address previously used by **Hector M. HERNANDEZ-VILLAPANDO**.

22. In the subsequent search of 106 John Avenue, investigators found three large duffel bags in the basement containing large amounts of US Currency. The money was vacuum sealed in numerous plastic bags and marked with monetary amounts on the outside of each plastic bag. Investigators believe that the duffel bags contain approximately $2.4 million dollars based on the totals written on each vacuum sealed pouch. Additionally, investigators located a drug/money ledger inside of 106 John Avenue, documenting just over $2.4 million dollars in receipts from the sale of illegal drugs. Documents were located in the residence bearing the names of **Hector M. HERNANDEZ** and **Enixae HERNANDEZ-BARBA**. Investigators also found two rolls of Blue Hawk Stretch Wrap at 106 John Avenue. These rolls were identical to the ones located at the warehouse at 717 Hammonds Ferry Road, Unit L, Linthicum Heights, MD.

23. Investigators have conducted extensive surveillance since at least January of 2016. During these surveillances investigators have observed **Hector M. HERNANDEZ-VILLAPANDO, Enixae HERNANDEZ-BARBA,** and **Hector L. HERNANDEZ-BARBA** traveling to and from the following addresses: 717 Hammonds Ferry Road, Unit L, Linthicum Heights, MD (warehouse); 106 John Avenue, Linthicum Heights, MD; 1403 Pangbourne Way, Hanover, Maryland; 10326 Hickory Ridge Road, Apartment 624, Columbia, MD.

24. During a search of 3039 Cascade Drive, Abingdon, Maryland, the residence of **William Frederick CORNISH**, investigators found a money counter, numerous colored rubber bands, latex gloves, and a digital scale. These items are commonly used in the narcotics trade to weigh drugs prior to distribution, and to count and package money obtained from the sale of drugs. In addition, and a 2014 Ranger

Rover registered to **Cornish** and several expensive watches were recovered from the home. In addition, investigators also recovered a radio frequency detector that is commonly used by drug traffickers to "sweep" cars, people, and other items for hidden transmitters and electronic devices that are often used by law enforcement while investigating the distribution of illegal drugs.

### IV. Conclusion

25.    Based on the foregoing, I submit that there is probable cause to believe that, in and about April of 2016, in the District of Maryland, **HECTOR M. HERNANDEZ-VILLAPANDO, ENIXAE HERNANDEZ-BARBA, HECTOR L. HERNANDEZ-BARBA, and WILLIAM FREDERICK CORNISH** did combine conspire, confederate and agree with each other and with other persons to knowingly and intentionally possess and possess with the intent to distribute five kilograms (5000 grams) or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. Sections 846 and 841.

Ronald Sparrow
DEA Special Agent

Subscribed and sworn before me on April 11, 2016.

Honorable Beth P. Gesner
U.S. Magistrate Judge